# IN THE SUPREME COURT OF THE STATE OF NEVADA

MANUEL WINN,
      Appellant,

vs.

THE STATE OF NEVADA
DEPARTMENT OF CORRECTIONS;
JAMES DZURENDA; WARDEN
DWIGHT NEVEN; OFFICER B.
HAMPTON; AND OFFICER W.
BROWN,
      Respondents.

No. 78922

**FILED**

JUN 18 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying an appeal from a justice court judgment. Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the district courts have final appellate jurisdiction over cases arising in the justice courts. Nev, Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, this court lacks jurisdiction over this appeal, and therefore

ORDERS this appeal DISMISSED.[1]

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

---

[1]Respondent's motion to dismiss appeal is denied as moot.

cc: Hon. Tierra Danielle Jones, District Judge
Manuel Winn
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk